```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 26958
   TIMOTHY STEPHANS
   KEISHA M STEPHENS                             CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9003     SSN XXX-XX-9638

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/21/2004 and was confirmed 09/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.98% from remaining funds.

     The case was paid in full 03/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG       .00             .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE    8903.71            .00        8903.71
FAIRLANE CREDIT LLC      SECURED          8185.00         588.44        8185.00
HSBC AUTO FINANCE        SECURED          9700.00        1343.66        9700.00
HSBC AUTO FINANCE        UNSECURED        8499.75            .00        1698.16
DEVRY                    PRIORITY         2109.20            .00        2109.20
DIRECTV                  UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         220.30            .00          44.01
OMNI 41 SPORTS & FITNESS UNSECURED        1696.64            .00         338.97
ILLINOIS DEPT OF EMPLOYM UNSECURED       16203.50            .00        3237.28
JONATHAN R OHARA         NOTICE ONLY     NOT FILED           .00            .00
NICOR GAS                UNSECURED        1739.93            .00         347.62
PALISADES                UNSECURED       NOT FILED           .00            .00
PIERCE & ASSOCIATES      NOTICE ONLY     NOT FILED           .00            .00
RESURGENT ACQUISITION LL UNSECURED         538.40            .00         107.57
RESURGENT ACQUISITION LL UNSECURED         472.72            .00          94.44
TEXAS GUARANTEED STUDENT UNSECURED       NOT FILED           .00            .00
ECMC                     UNSECURED        2596.44            .00         518.74
INTERNAL REVENUE SERVICE PRIORITY         4003.00            .00        4003.00
INTERNAL REVENUE SERVICE UNSECURED         500.00            .00          99.90
SELECT PORTFOLIO SERVICI COST OF COLLE     230.76            .00         230.76
FAIRLANE CREDIT LLC      UNSECURED       NOT FILED           .00            .00
ECMC                     FILED LATE       1104.92            .00            .00
ECMC                     FILED LATE       1299.87            .00            .00
LEGAL HELPERS PC         DEBTOR ATTY     1,900.00                      1,900.00
TOM VAUGHN               TRUSTEE                                       2,549.56
DEBTOR REFUND            REFUND                                          478.23

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 26958 TIMOTHY STEPHANS & KEISHA M STEPHENS
```

```
TRUSTEE                                 46,478.25

PRIORITY                                                     6,112.20
SECURED                                                     27,019.47
      INTEREST                                               1,932.10
UNSECURED                                                    6,486.69
ADMINISTRATIVE                                               1,900.00
TRUSTEE COMPENSATION                                         2,549.56
DEBTOR REFUND                                                  478.23
                                   ----------------    ----------------
TOTALS                                  46,478.25           46,478.25
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                          PAGE   2
        CASE NO. 04 B 26958 TIMOTHY STEPHANS & KEISHA M STEPHENS